IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-021-FDW-DCK *SEALED*

| | |
|---|---|
| MON CHERI BRIDALS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS, IDENTIFIED ON SCHEDULE "A" and JOHN DOES 1-1,000, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Temporarily Seal Documents" (Document No. 4) filed January 13, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Temporarily Seal Documents" (Document No. 4) is **GRANTED**.

Signed: January 14, 2015

SEALED DOCUMENT with access to Specified Parties/Plaintiff.

David C. Keesler
United States Magistrate Judge