# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-cv-00021-FDW-DCK

| | |
|---|---|
| MON CHERI BRIDALS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)     **ORDER**<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" and )<br>JOHN DOES 1-1,000, )<br>)<br>    Defendants. ) | |

THIS MATTER is before the Court on Plaintiff Mon Cheri Bridals, LLC's Motion for Leave to Exceed Page Limitation. (Doc. No. 5). For the reasons stated herein, Plaintiff's Motion is DENIED.

On January 13, 2015, Plaintiff filed the aforementioned Motion seeking to exceed the page limits set forth in the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, 3:07-MC-47 (Doc. No. 2). The Court finds no good cause to allow Plaintiff to exceed the word count and page limits set forth in that Order.

Accordingly, Plaintiff's Motion is DENIED and Plaintiff is instructed to file a revised brief, which complies with the Standing Orders of this Court, in support of its *Ex Parte* Application for Entry of a (1) Temporary Restraining Order; (2) Domain Name Transfer Order; (3) Asset Restraining Order; (4) Expedited Discovery Order; and (5) Service of Process by Email and Electronic Publication Order. The revised brief must be submitted to the Court by <u>Friday, January 16, 2015 at 10:00 a.m.</u>

IT IS SO ORDERED.

Signed: January 15, 2015

Frank D. Whitney
Chief United States District Judge