UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00021-FDW-DCK

MON CHERI BRIDALS, LLC,                    )
                                           )
        Plaintiff,                         )
                                           )
vs.                                        )                    ORDER
                                           )
THE PARTNERSHIPS and                       )
UNINCORPORATED ASSOCIATIONS                )
IDENTIFIED ON SCHEDULE "A" and             )
JOHN DOES 1-1,000,                         )
                                           )
        Defendants.                        )
_____    )

THIS MATTER is before the Court on Plaintiff Mon Cheri Bridals, LLC's Motion to

Unseal Case. (Doc. No. 15).

For good cause shown, the motion will be granted.

IT IS THEREFORE ORDERED that Plaintiff's motion is GRANTED, and the entire file

in this matter is hereby UNSEALED.

SO ORDERED.

Signed: February 5, 2015

Frank D. Whitney
Chief United States District Judge