UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00021-FDW-DCK

| | |
|---|---|
| MON CHERI BRIDALS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE PARTNERSHIPS AND )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" and )<br>JOHN DOES 1-1,000, )<br>)<br>    Defendants. ) | ORDER |

TAKE NOTICE that a hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. No. 18) will take place before the undersigned on <u>Tuesday, February 17, 2015 at 11:15 a.m.</u> in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. During the hearing, the Court will receive evidence and hear oral argument on the pending motion. Plaintiff is directed to immediately serve a copy of this Notice on all Defendants and to file proof of service.

IT IS SO ORDERED.

Signed: February 10, 2015

*[Signature]*
Frank D. Whitney
Chief United States District Judge