UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00021-FDW-DCK

| MON CHERI BRIDALS, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and JOHN DOES 1-1,000, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Preliminary Injunction and Entry of a (1) Domain Name Transfer Order; (2) Asset Restraining Order; and (3) Expedited Discovery Order. (Doc. No. 18). For the reasons stated in open court following a hearing on February 19, 2015, this motion is DENIED.

The Court has directed Plaintiff to prepare a narrowly tailored contempt of court order. Once such proposed order is submitted to the Court, the Court will take appropriate action.

IT IS SO ORDERED.

Signed: February 24, 2015

Frank D. Whitney
Chief United States District Judge