UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00021-FDW-DCK

| | |
|---|---|
| MON CHERI BRIDALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" and ) | |
| JOHN DOES 1-1,000, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff Mon Cheri Bridals, LLC's Motion to Reconsider. (Doc. No. 30). For the reasons stated herein, this motion is DENIED.

Plaintiff requests this Court to exercise exceptional power to provide extraordinary relief to Plaintiff by relying solely on the Court's authority under the All Writs Act. However, Plaintiff has failed to show how the non-parties it seeks to enjoin have been given notice or the opportunity to be heard in advance of imposing such a drastic and permanent injunction upon these entities. Moreover, Plaintiff has failed to identify the non-parties that it seeks to enjoin. Finally, and of substantial importance, Plaintiff requests the Court to apply the lower standard set for issuing a temporary injunction to issue a permanent injunction in this matter. This argument ignores the significant procedural differences between preliminary and permanent injunctions. Accordingly, Plaintiff's Motion to Reconsider (Doc. No. 30) is DENIED.

IT IS SO ORDERED.

Signed: June 16, 2015

Frank D. Whitney
Chief United States District Judge